UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLSTON DEON HARPER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NAPHCARE MEDICAL DEPARTMENT OF SPOKANE COUNTY DETENTION SERVICES,<br><br>　　　　　　Defendant. | NO: 2:17-CV-0175-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Charlston Deon Harper's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). (ECF No. 13). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a Motion and Declaration for Waiver of Civil Filing Fees and Surcharges (ECF No. 14) on a state form from which the Court construes as a

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

motion to waive collection of the remaining balance of the filing fee in this action. For good cause shown, **IT IS ORDERED** Plaintiff's motion is **GRANTED** and the institution having custody of Mr. Harper shall cease collection of the filing fee in this action, cause number 2:17-CV-0175-TOR.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and **close the file**. The Clerk of Court is further directed to send a copy of this Order to the **Spokane County Jail, Attn: Jail Office Supervisor, W. 1100 Mallon, Spokane, WA 99260,** to forward to the appropriate agency having custody of Plaintiff, and provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** August 22, 2017.



THOMAS O. RICE
Chief United States District Judge