# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | |
|---|---|
| CHARLSTON DEON HARPER | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| NAPHCARE MEDICAL DEPARTMENT OF SPOKANE COUNTY DETENTION SERVICES, | |
| *Defendant* | |

Civil Action No.   2:17-CV-0175-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:

        The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge     Thomas O. Rice _____ on a motion to voluntarily dismiss.

Date:   August 22, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen